# EXHIBIT 2

# BRUNDIDGE & STANGER, P.C.

CARL I. BRUNDIDGE
THEODORE C. SHIH*
DAVID E. MOORE*

MISUNG LEE
LEENA MAUSKAR*
KUMIKO KITAOKA
YVONNE HE

OF COUNSEL
THOMAS L. PETERSON*
ISAAC A. ANGRES, PH.D.**

* *Bar Membership Other Than Virginia or New York
** Registered Patent Agent

ATTORNEYS AT LAW

1925 BALLENGER AVENUE, SUITE 560

ALEXANDRIA, VIRGINIA 22314

———————

(703) 684-1470

July 3, 2022

NEW YORK OFFICE:
1180 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK NY 10036
(212) 382-4635

LOS ANGELES OFFICE:
626 WILSHIRE BLVD
LOS ANGELES CA 90017
(213) 816-2010

FACSIMILE: (703) 684-1460
EMAIL:
CBRUNDIDGE@BRUNDIDGE-STANGER.COM

**VIA Courier (FedEx)**
Mr. Brian Armstrong
Chief Executive Officer
Coinbase Global, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Re: U.S. and Japan Patents, Veritaseum Capital LLC

Dear Mr. Armstrong,

Brundidge & Stanger, P.C. ("Brundidge & Stanger") represents Veritaseum Capital LLC ("Veritaseum") in connection with its intellectual property rights. We have recently become aware that Coinbase Global, Inc. ("Coinbase") is providing through its Coinbase App and platform, offerings and services that appear to use the patented devices, systems and methods as claimed in Veritaseum's patented IP. We note that the Coinbase App and platform and your products and offerings implement functions covered by Veritaseum's patents.

Please be advised that Veritaseum's Patents are directed to Low Trust and Zero Trust Value Transfer technology as set forth in the claims of U.S. Patent No.11,196,566 and Japan Patent No. 6813477. Also, there are several pending U.S. and Japanese Patent applications directed to this technology.

- Regarding your Bitcoin, Bitcoin Cash and Litecoin products, we direct your attention to Claims 1, 7 and 11 of U.S. Patent No. 11,196,566, as well as Claims 1, 6, 7, 8 and 12 of Japan Patent No. 6813477.

- Regarding your use of Ethereum, and its related products and assets, via the Ethereum platform, we direct your attention to Claims 1, 2 and 3 of U.S. Patent No. 11,196,566, as well as Claims 7 and 8 of Japan Patent No. 6813477.

Mr. B. Armstrong
July 3, 2022
Page 2 of 3

- Regarding your use of Solana, and its related products, via the Solana platform, we direct your attention to Claims 1, 2 and 7 of U.S. Patent No. 11,196,566, as well as Claims 1, 2, 7 and 8 of Japan Patent No. 6813477.

- Regarding use of NFTs in your products and services, we direct your attention to Claims 1 and 2 of U.S. Patent No. 11,196,566, as well as Claims 7 and 8 of Japan Patent No. 6813477.

Regarding your use of the Bitcoin, Bitcoin Cash, Litecoin, Ethereum, Solana platforms as well as NFTs for your products and offerings that run on top of and facilitate said platforms, we direct your attention to one or more of Claims 1-3, 7 and 11 of U.S. Patent No. 11,196,566, as well as Claims 1, 2, 6-8 and 12 of Japan Patent No. 6813477. Your products and offerings that are covered by U.S. Patent No.11,196,566 and Japan Patent No. 6813477include, but are not necessarily limited to:

- Coinbase Exchange and Coinbase Pro Exchange
- Wallet
- NFT
- Earn
- Card
- Borrow
- Payroll
- Private Client
- USD Coin
- Prime
- Commerce
- Asset Hub
- Ventures
- Commerce
- Rosetta
- Participate
- Prime API

We are agreeable to providing Coinbase with a reasonable amount of time to respond. However, we believe the situation is clear and look to receive your response within 14 days of the date of this letter.

We welcome a request for a meeting if it helps to resolve this matter. We are quite open to discussions that may involve licensing one of more of the above noted patents. In any event we would request that you give this matter your immediate attention.

Mr. B. Armstrong
July 3, 2022
Page 3 of 3

      We await your response.

           Very truly yours,

           BRUNDIDGE & STANGER, P.C.


           _____
           Carl I. Brundidge


CIB/cb

Enclosures:
U.S. Patent No.11,196,566
Japan Patent No. 6813477