FERRY JOSEPH, P.A.
1521 Concord Pike, Suite 202
P.O. Box 1351
Wilmington DE 19899-1351
(302) 575-1555

Rick S. Miller, Esq. (Del. Bar ID No. 3418)
rmiller@ferryjoseph.com


November 29, 2022

E-Filed

The Honorable Maryellen Noreika
United States District Court
800 King Street
Wilmington, DE 19801

      Re:    *Veritaseum Capital, LLC v. Coinbase Global, Inc.*
           C.A. No. 22-1253-MN

Dear Judge Noreika:

      I am Delaware counsel for the plaintiff in this matter.  Last evening the plaintiff filed its Brief in Opposition to Defendant's Motion to Dismiss (D.I. 13) and Request for Judicial Notice (D.I. 14).  Unfortunately Exhibit 6 was inadvertently left out of the latter document.  This morning I filed a corrected Request for Judicial Notice (D.I. 15) which is identical except that it adds Exhibit 6.  I apologize for any inconvenience this has caused the Court or counsel.

           Respectfully yours,

           /s/Rick S. Miller (#3418)

cc:    Clerk of the Court (e-filed)
       Counsel of Record (e-service)