IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERITASEUM CAPITAL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COINBASE GLOBAL, INC., ) <br> ) <br> Defendant. ) | C.A. No. 22-1253(MN) |

**NOTICE OF DISMISSAL**

PLEASE DISMISS the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice.

FERRY JOSEPH, P.A.

/s/Rick S. Miller
Rick S. Miller (#3418)
1521 Concord Pike, Suite 202
Wilmington DE 19803
(302) 575-1555
Rmiller@ferryjoseph.com

Attorneys for Plaintiff

Dated: May 5, 2023

1