IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERITASEUM CAPITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1253(MN) |
| v. ) | |
| ) | |
| COINBASE GLOBAL, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DISMISSAL**

PLEASE DISMISS the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice.

        FERRY JOSEPH, P.A.

        /s/Rick S. Miller
        Rick S. Miller (#3418)
        1521 Concord Pike, Suite 202
        Wilmington DE 19803
        (302) 575-1555
        Rmiller@ferryjoseph.com

        Attorneys for Plaintiff

Dated: May 5, 2023